Shanny J. Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Maria Moore

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MOORE,<br>(XXX-XX-1812)<br>　　PLAINTIFF,<br>　　v.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　DEFENDANT. | No. CV 08-07435 CT<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND EIGHT HUNDRED TWO DOLLARS and 70/100's ($3,802.70), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 12, 2009

　　　　　　　　　　　　　　_CAROLYN TURCHIN_____
　　　　　　　　　　　　　　HONORABLE CAROLYN TURCHIN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1